ORDER
FILED
MAR - 4 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BOLEMAN LAW FIRM, P.C., and )
G. RUSSELL BOLEMAN, III, individually, )
)
      Plaintiffs, )
v. ) Civil Action No. 2:12cv672
)
JOHN W. LEE, P.C., )
)
      Defendant. )

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)

The parties, by counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, having entered into this Stipulation of Dismissal and having advised the Court that they have entered into a Settlement Agreement settling all claims asserted or that could have been asserted in this case, and finding it just and proper to do so, it is hereby

ORDERED, that this matter be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and expenses, and it is further

ORDERED that this Court shall retain jurisdiction for enforcement of the Settlement Agreement between the parties.

      Entered this 4th day of March, 2013.

_____
Raymond A. Jackson
United States District Judge

**WE ASK FOR THIS:**

**BOLEMAN LAW FIRM, P.C. and**
**G. RUSSELL BOLEMAN, III**

By: /s/
Dana D. McDaniel (VSB No. 25419)
E-Mail: dmcdaniel@spottsfain.com
SPOTTS FAIN PC
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Plaintiffs*

**JOHN W. LEE, P.C.**

By: /s/
Duncan G. Byers (VSB No. 48146)
E-Mail: duncan.byers@byerslawgroup.com
BYERS LAW GROUP
142 W. York Street, Suite 910
Norfolk, Virginia 23510
Telephone: (757) 227-3340
Facsimile: (757) 227-3341

*Counsel for Defendant*